BEFORE THE THIRD DIVISION, JUNE 16, 1948

**No. 52387.**—Louis Cohen *v.* United States, protest 130341–K/12879 (New Orleans).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation and following the decision cited it was held that the one bag of dried mushrooms reported as short by the discharging inspector is subject to an allowance in duties as claimed. The protest was sustained to this extent.

**No. 52388.**—National Carbon Co. et al. *v.* United States, protests 114820–K, etc. (Buffalo).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 17, 1948

**No. 52389.**—Ignaz Strauss & Co., Inc. *v.* United States, petition 6635–R (New York).

Opinion by CLINE, J. The petition was dismissed.

BEFORE THE FIRST DIVISION, JUNE 18, 1948

**No. 52390.**—American Import Co. et al. *v.* United States, protests 79795–K, etc. (Baltimore, etc.).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52391.**—Balfour Guthrie & Co., Ltd., et al. *v.* United States, protests 130423–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.